IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAFAEL DEL CID, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv357 |
| | ) | |
| v. | ) | |
| | ) | |
| VALMONT INDUSTRIES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 24, 2005, file their Report of Parties' Planning Conference.

DATED October 4, 2005.

/s/ *David L. Piester*
United States Magistrate Judge