IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAFAEL DEL CID, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv357 |
| | ) | |
| v. | ) | |
| | ) | |
| VALMONT INDUSTRIES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 8 be stricken from the record for the following reason(s):

• Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 8 from the record. The clerk is directed to re-file the document.

DATED this 5th day of October, 2005.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge